1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    2:21-MC-00071-MCE-KJN

12            Plaintiff,

13        v.                                     STIPULATION AND ORDER EXTENDING
                                                 TIME FOR FILING A COMPLAINT FOR
14  APPROXIMATELY $61,502.00 IN U.S.             FORFEITURE AND/OR TO OBTAIN AN
    CURRENCY,                                    INDICTMENT ALLEGING FORFEITURE
15
    2018 CADILLAC ESCALADE, VIN:
16  1GYS4CKJ1JR704252, LICENSE NUMBER:
    KMA5793,
17
    2014 MASERATI QUATTROPORTE GTS,
18  VIN: ZAM56PPA6E1083054, LICENSE
    NUMBER: 8HBE191,
19
    YELLOW GOLD DIAMOND CUBAN LINK
20  CHAIN,

21  TWO-TONE GOLD DIAMOND DON
    EXQUIZIT PENDANT,
22
    YELLOW GOLD DIAMOND PLUG
23  RECORDS PENDANT,

24  YELLOW GOLD PRESIDENTIAL ROLEX
    WATCH,
25
    YELLOW GOLD DIAMOND PLUG DESIGN
26  RING, AND

27  YELLOW GOLD DIAMOND BAND,

28            Defendants.

                                    1

1

2    It is hereby stipulated by and between the United States of America and potential claimant Elton

3   Ward ("claimant"), by and through their respective counsel, as follows:

4       1.      On or about January 3, 2021, claimant filed a claim in the administrative forfeiture

5   proceeding with the Drug Enforcement Administration with respect to the above-referenced assets

6   (hereafter "defendant assets"), which were seized on or about October 6, 2020.

7       2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit

8   required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

9   person to file a claim to the defendant assets under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other

10  than claimant has filed a claim to the defendant assets as required by law in the administrative forfeiture

11  proceeding.

12      3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

13  forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are

14  subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture

15  proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.

16  That deadline was April 2, 2021.

17      4.      By Stipulation and Order filed March 9, 2021, the parties stipulated to extend to May 3,

18  2021, the time in which the United States is required to file a civil complaint for forfeiture against the

19  defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

20      5.      By Stipulation and Order filed May 4, 2021, the parties stipulated to extend to June 2,

21  2021, the time in which the United States is required to file a civil complaint for forfeiture against the

22  defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

23      6.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend

24  to August 31, 2021, the time in which the United States is required to file a civil complaint for forfeiture

25  against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject

26  to forfeiture.

27      7.      Accordingly, the parties agree that the deadline by which the United States shall be

28  ///

2

required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to August 31, 2021.

Dated: 6/1/2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 5/28/2021

/s/ Daniel L. Olsen
DANIEL L. OLSEN
Attorney for potential claimant
Elton Ward

(Signature authorized by phone)

IT IS SO ORDERED.

Dated: June 4, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time