PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $61,502.00 IN U.S. CURRENCY,<br><br>2018 CADILLAC ESCALADE, VIN: 1GYS4CKJ1JR704252, LICENSE NUMBER: KMA5793,<br><br>2014 MASERATI QUATTROPORTE GTS, VIN: ZAM56PPA6E1083054, LICENSE NUMBER: 8HBE191,<br><br>YELLOW GOLD DIAMOND CUBAN LINK CHAIN,<br><br>TWO-TONE GOLD DIAMOND DON EXQUIZIT PENDANT,<br><br>YELLOW GOLD DIAMOND PLUG RECORDS PENDANT,<br><br>YELLOW GOLD PRESIDENTIAL ROLEX WATCH,<br><br>YELLOW GOLD DIAMOND PLUG DESIGN RING, AND<br><br>YELLOW GOLD DIAMOND BAND,<br><br>Defendants. | 2:21-MC-00071-MCE-KJN<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

1  It is hereby stipulated by and between the United States of America and potential claimant Elton Ward ("claimant"), by and through their respective counsel, as follows:

2  1. On or about January 3, 2021, claimant filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the above-referenced assets (hereafter "defendant assets"), which were seized on or about October 6, 2020.

3  2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant assets under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant assets as required by law in the administrative forfeiture proceeding.

4  3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was April 2, 2021.

5  4. By Stipulation and Order filed March 9, 2021, the parties stipulated to extend to May 3, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

6  5. By Stipulation and Order filed May 4, 2021, the parties stipulated to extend to June 2, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

7  6. By Stipulation and Order filed June 4, 2021, the parties stipulated to extend to August 31, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

8  7. By Stipulation and Order filed August 31, 2021, the parties stipulated to extend to September 30, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

8.  By Stipulation and Order filed October 1, 2021, the parties stipulated to extend to October 29, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

9.  By Stipulation and Order filed November 4, 2021, the parties stipulated to extend to November 29, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

10. By Stipulation and Order filed December 3, 2021, the parties stipulated to extend to December 29, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

11. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to January 28, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

12. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to January 28, 2022.

Dated: 12/29/2021

PHILLIP A. TALBERT
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 12/29/2021

/s/ Daniel L. Olsen
DANIEL L. OLSEN
Attorney for potential claimant
Elton Ward
(Signature authorized by phone)

IT IS SO ORDERED.

DATED: January 3, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE